UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARMANDO FLORES,

    Defendant.

Case No. CR12-164-MJP

**DETENTION ORDER**

Offense charged:

    Distribution of Methamphetamine.

Date of Detention Hearing: June 18, 2012.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with a drug trafficking crime that carries a presumption of detention. He has failed to rebut that presumption. Defendant was born in Mexico and became a

DETENTION ORDER - 1

U.S. citizen in 2004. He has strong ties to Mexico. His family, wife and children live there. He travels regularly to Mexico. His ties to this district are much weaker. His proposed release plan was to live in California with an uncle. Despite numerous attempts the Pretrial Office never received any return calls from defendant's relatives in California. The drugs defendant is accused of trafficking is very pure. This indicates that he is close to the source of drugs and receives it early before it is diluted and cut for street sale. Defendant also faces a lengthy mandatory prison term if convicted. This creates great incentive for him to flee to Mexico.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 18th day of June, 2012.

BRIAN A. TSUCHIDA
United States Magistrate Judge